No. 930. BRICKLAYERS, MASONS, PLASTERERS, MARBLE MASONS, TILE LAYERS, TERRAZZO WORKERS, AND CEMENT FINISHERS' UNION No. 3, FLORIDA, *v.* CONE BROTHERS CONTRACTING Co. C. A. 5th Cir. Certiorari denied. *Frank McClung* for petitioner. *William H. Agnor* for respondent.

No. 656, Misc. MILES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 750, Misc. GUNDLACH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney Generai Rice* and *Joseph F. Goetten* for the United States.

No. 761, Misc. SMITH *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. Petitioner *pro se. Everett A. Corten* for the Industrial Accident Commission of California, respondent.

No. 789, Misc. ANDREWS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 796, Misc. SMITH *v.* ALVIS, WARDEN. Court of Appeals of Ohio, Franklin County. Certiorari denied.

No. 805, Misc. DOMICO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.